**Anthony Lonnie FORBES,**
**Plaintiff-Appellant,**

v.

**SEAWORLD PARKS &**
**ENTERTAINMENT,**
**Defendant-Appellee.**

No. 17-1795

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

Anthony Lonnie Forbes, Appellant Pro Se. Nancy S. Lester, Jimmy F. Robinson, Jr., OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lonnie Forbes appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Forbes v. Seaworld Parks & Entm't*, No. 4:16-cv-00172-MSD-LRL (E.D. Va. filed June 2, 2017; entered June 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*